ROHDE and another, Appellants, vs. OLSON and others, Respondents.

For the appellants: *Kileen & Kileen* of Wautoma, and *M. S. King* of Wisconsin Rapids.

For the respondents: *R. W. Peterson* of Berlin, attorney, and *Wilkie, Toebaas, Hart, Kraege & Jackman* of Madison of counsel.

*By the Court.*—Judgment affirmed.

SIMON, Administratrix, Respondent, vs. GAUTHIER and another, Appellants.

For the appellants: *Hougen, Brady & Murphy* of Manitowoc.

For the respondent: *Jerome F. Treis,* attorney, and *John S. Barry* of counsel, both of Milwaukee.

*By the Court.*—Judgment affirmed.

BURDICK, Respondent, vs. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD COMPANY and others, Appellants.

For the appellants: *Bender, Trump & McIntyre* of Milwaukee.

For the respondent: *Evans & Merrill* and *Kaftan, Rahr & Kaftan,* all of Green Bay.

*By the Court.*—Judgment affirmed.